# EXHIBIT 2

**AMERICAN ARBITRATON ASSOCIATION**

REINA JONES,

**Case No. 01-18-0001-1197**

v.

A & D INTERESTS, INC. d/b/a
HEARTBREAKERS GENTLEMEN'S CLUB
AND MIKE ARMSTRONG.

### FINAL AWARD

The undersigned Arbitrator, having been designated in accordance with the Agreement between the above-named parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, does hereby issue this FINAL AWARD, as follows:

The Arbitrator issued an Interim Award on November 18, 2019, finding Reina Jones ("Claimant") is a prevailing party under the Fair Labor Standards Act entitled to recover damages of $47,348.31 from A & D Interests, Inc., d/b/a Heartbreakers Gentlemen's Club and Mike Armstrong ("Respondents") plus an award of attorney's fees and costs. The Interim Award required the Parties to confer regarding fees and costs and to either jointly submit a Final Award that includes an agreed award of attorneys' fees and costs, or to file their respective briefs and proposed Final Awards.

The Parties agreed Claimant is entitled recover attorneys' fees in the amount of $102,166 and costs in the amount of $588.78 against Respondents.

Based upon the foregoing, the FINAL AWARD that Claimant is entitled to recover jointly and severally against Respondents is as follows:

| | |
|---|---|
| Unpaid Minimum Wages | $ 9,883.94 |
| Unpaid Overtime Wages | $ 87.22 |
| Reimbursed Fees | $ 6,503.00 |
| Reimbursed Tip-Outs | $ 7,200.00 |
| Liquidated Damages | $ 23,674.15 |

| Attorneys' Fees | $ 102,166.00 |
| Costs | $ 588.78 |
| TOTAL | $ 150,103.09 |

| Post Judgment Interest At the current Federal Court rate | 1.59% |

All administrative fees, expenses of the American Arbitration Association, compensation of the Arbitrator, and expenses of the arbitrator shall be borne by Respondents.

This Final Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All relief not expressly granted herein is, hereby, denied.

_____12 . 6 . 19_____

Date

Arbitrator Glenn Patterson

**AGREED TO BY:**

By: _Richard J. (Rex) Burch_
    Richard J. (Rex) Burch (Dec 6, 2019)

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    David I. Moulton
    Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com
**Attorneys for Claimant**

By: _Well_

    Casey T. Wallace
    Texas Bar No. 00795827
    William X. King
    Texas Bar No. 24072496
**WALLACE & ALLEN, LLP**
440 Louisiana St., Ste. 1500
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 227-0104
cwallace@wallaceallen.com
wking@wallaceallen.com
**Attorneys for Respondents**

2