United States District Court
Southern District of Texas

**ENTERED**

April 06, 2020

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

REINA JONES,

v.

A & D INTERESTS, INC. d/b/a HEARTBREAKER'S GENTLEMEN'S CLUB and MIKE ARMSTRONG

Case No.: 4:20-cv-00221

### STIPULATED FINAL JUDGMENT

The Court, having considered the Parties' stipulated motion to enter final judgement in accordance with a final arbitral award in favor of Reina Jones ("Plaintiff"), and the Parties' agreement, hereby grants the motion. Accordingly, the Court enters final judgment as follows:

Plaintiff is a prevailing party under the Fair Labor Standards Act entitled to recover jointly and severally against A & D Interests, Inc. d/b/a Heartbreaker's Gentlemen's Club and Mike Armstrong (collectively, "Defendants") as follows:

| | |
|---|---|
| Unpaid Minimum Wages | $ 9,883.94 |
| Unpaid Overtime Wages | $ 87.22 |
| Reimbursed Fees | $ 6,503.00 |
| Reimbursed Tip-Outs | $ 7,200.00 |
| Liquidated Damages | $ 23,674.15 |
| Attorneys' Fees | $ 102,166.00 |
| Costs | $ 988.78 |
| Pre-Judgment Interest: | $710.26 |
| **TOTAL** | **$ 151,213.35** |

The Court further awards Jones post-judgment interest at 1.46% per annum.

This is a FINAL JUDGMENT.

_April 6, 2020_
Date

SIM LAKE
UNITED STATES DISTRICT JUDGE

**AGREED TO BY:**

_David I. Moulton_
By: David I. Moulton (Mar 4, 2020)
     Richard J. (Rex) Burch
     Texas Bar No. 24001807
     David I. Moulton
     Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com
**Attorneys for Reina Jones**

By: _____
     Casey T. Wallace
     Texas Bar No. 00795827
     William X. King
     Texas Bar No. 24072496
**WALLACE & ALLEN, LLP**
440 Louisiana St., Ste. 1500
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 227-0104
cwallace@wallaceallen.com
wking@wallaceallen.com
**Attorneys for Defendants**