UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

REINA JONES,

-against-

A &D INTERESTS, INC. d/b/a
HEARTBREAKER'S GENTLEMEN'S CLUB
and MIKE ARMSTRONG,

CASE NO. 4:20-cv-00221

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | April 06, 2020 |
|---|---|
| Judgment in Favor of: | Reina Jones |
| Judgment Against: | A&D Interests, Inc. d/b/a Heartbreaker's Gentlemen's Club and Mike Armstrong |
| Amount of Judgment: | $ 151,213.35 |
| Amount of Costs: | $ 988.78 |
| Rate of Interest: | % 1.46 |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT    **DAVID J. BRADLEY**

DATED: SEP 1 0 2020

By: _____
Deputy Clerk

O:Houforms/Forms-Web