# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| REINA JONES, individually and on behalf of all others similarly situated, | Case No.: 4:20-cv-00221 |
| v. | |
| A & D INTERESTS, INC. D/B/A HEARTBREAKER'S GENTLEMEN'S CLUB AND MIKE ARMSTRONG | |

## SATISFACTION OF JUDGMENT

A judgment was entered into the above action on April 6, 2020 in favor of Reina Jones and against A & D Interests, Inc. d/b/a Heartbreaker's Gentlemen's Club and Mike Armstrong in the amount of $151,213.35 plus interest from April 6, 2020. An abstract of judgment was filed and recorded on October 27, 2020 at 4:32 p.m. in Galveston County, Texas, Instrument Number 2020068958. The judgment with interest has been fully paid and there are no outstanding executions with any Sheriff or Marshall.

Therefore, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 26, 2022.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ David I. Moulton**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
David I. Moulton
Texas Bar No. 24051093
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On October 26, 2022, I served this document on all parties in via the Court's ECF system.

**/s/ David I. Moulton**
_____
David I. Moulton